**IN THE CIRCUIT COURT OF ST. CHARLES COUNTY**
**STATE OF MISSOURI**

| | |
|---|---|
| **CARRIE SAMUELS-ENG,** | ) |
| | ) |
| Plaintiff, | ) Cause No.        2111-CC00696 |
| | ) |
| v. | ) Division No. |
| | ) |
| **GALLAGHER BASSETT SERVICES INC.** | ) |
| | ) **JURY TRIAL DEMANDED** |
| Defendants. | ) |

## SUMMONS REQUEST

COMES NOW, Plaintiff, and respectfully requests an Alias Summons be issued for the service of the petition and discovery upon Gallagher Bassett Services Inc., at their registered agent Prentice-Hall Corp. System at 221 Bolivar Street, Jefferson City, MO 65101 to be served by the sheriff. In preparing the Alias Summons, Plaintiff respectfully request that the court clerk indicate the registered agent and service address on the summons.

Respectfully submitted,

**McMICHAEL, LOGAN, SCHAEFFER & GILPIN**

*/s/ Michelle K. Faron*
J. Clayton Schaeffer, #67444
Michelle K. Faron, #68058
7710 Carondelet Ave. Suite 217
Clayton, MO 63105
(314) 492- 2577Office
(888) 823-1441 Facsimile
clay@mcmichael-logan.com
michelle@mcmichael-logan.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on this 29th day of December 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on all parties of record.

Electronically Filed - St Charles Circuit Div - December 29, 2021 - 03:39 PM

Electronically Filed - St Charles Circuit Div - December 29, 2021 - 03:39 PM

*/s/ Michelle K. Faron*