

# IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division:<br>DANIEL G PELIKAN | Case Number: 2111-CC00696 |
|---|---|
| Plaintiff/Petitioner:<br>CARRIE SAMUELS-ENG<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MICHELLE KATHERINE FARON<br>12166 OLD BIG BEN RD<br>SUITE 99<br>KIRKWOOD, MO  63122 |
| Defendant/Respondent:<br> GALLAGHER BASSETT SERVICES INC | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO  63301 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:** GALLAGHER BASSETT SERVICES INC
**Alias:**
**300 ST. PETERS CENTRE BLVD.**
**SUITE 200**
**ST PETERS, MO  63376**

*COURT SEAL OF*

*ST. CHARLES COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____8/12/2021_____           _____/S/  Cheryl Crowder_____
              Date                                                        Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____           _____
     Printed Name of Sheriff or Server                                   Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____           _____
                                         Date                                         Notary Public

**Sheriff's Fees, if applicable**
Summons                                      $_____
Non Est                                         $_____
Sheriff's Deputy Salary
Supplemental Surcharge       $_____10.00_____
Mileage                                       $_____ (_____ miles @ $._____ per mile)
**Total**                                       $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.