

# MISSOURI ONLINE BUSINESS FILING

| MY ACCOUNT | HOME | SEARCH | MISC INFO | UCC FILING | Cart | Help |

Welcome, Mark Blankenship    Log Out

## Gen. Business - For Profit Details as of 4/13/2022

Required Field *

**File Documents** - select the filing from the "Filing Type" drop-down list, then click FILE ONLINE.

**File Registration Reports** - click FILE REGISTRATION REPORT.

**Copies or Certificates** - click FILE COPIES/CERTIFICATES.

| RETURN TO SEARCH RESULTS | Create Filing<br>Amended Articles Accepting Professional Corporation Law (Corp 43) | FILE ONLINE |

ORDER COPIES/CERTIFICATES

General Information | Filings | Principal Office Address | Contact(s)

| | | | | |
|---|---|---|---|---|
| Name(s) | **GALLAGHER BASSETT SERVICES, INC.** | Principal Office Address | **2850 Golf Road**<br>**Rolling Meadows, IL 60008** |
| Type | **Gen. Business - For Profit** | Charter No. | **F00278728** |
| Domesticity | **Foreign** | Home State | **DE** |
| Registered Agent | **PRENTICE-HALL CORP. SYSTEM**<br>**221 Bolivar Street**<br>**Jefferson City, MO 65101** | Status | **Good Standing** |
| Date Formed | **7/25/1985** | | |
| Duration | **Perpetual** | | |
| Report Due | **4/30/2022** | | |

The information contained on this page is provided as a public service, and may change at any time. The State, its employees, contractors, subcontractors or their employees do not make any warranty, expressed or implied, or assume any legal liability for the accuracy, completeness or usefulness of any information, apparatus, product or process disclosed or represent that its use would not infringe on privately-owned rights.



Hey there! I am an A.I. chatbot, let's talk.