IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARRIE SAMUELS-ENG, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>GALLAGHER BASSETT SERVICES INC., )<br>)<br>    Defendant. )<br>) | Case No. 4:22-CV-00394-SPM |

**<u>ORDER</u>**

Defendant Gallagher Bassett Services Inc.'s Motion for Extension of Time to File Responsive Pleadings is hereby GRANTED. Defendant's pleadings responsive to Plaintiff's Complaint are due on or before October 27, 2022.

Entered this _____ day of _____, 2022.

SO ORDERED:

_____
Honorable Shirley Padmore Mensah

1

4892-2146-7956.1